UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF KRYSTOL JENKINS; ELTON PATCHEN and CYNTHIA (JENKINS) PATCHEN, husband and wife representatives on behalf of the Estate of Krystol Jenkins; VERLON JENKINS, a single man and representative on behalf of the Estate of Krystol Jenkins,<br><br>           Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | NO: 2:16-CV-86-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal without Prejudice, ECF No. 6. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation for Dismiss without Prejudice, **ECF No. 6**, is **APPROVED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this November 15, 2016.

                        *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                      United States District Judge